IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-1205-ZLW-CBS

FARMINGTON CASUALTY COMPANY, a Connecticut
corporation,

    Plaintiff,

v.

MASONRY DESIGNS, INC., a Colorado corporation, and
RICK DUGGAN, a Colorado resident,

    Defendants.

_____

ORDER
_____

    It is ORDERED that Defendant Duggan's Objection To Plaintiff's Bill Of Costs is sustained.

    DATED at Denver, Colorado, this __15__ day of November, 2005.

                                     BY THE COURT:

                                     s/ Zita L. Weinshienk

                                     _____

                                     ZITA L. WEINSHIENK,  Senior Judge
                                     United States District Court